UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-11-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| JONATHAN WILLIAM POOLE | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED Government's Motion at Docket Entry # 23 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney.

IT IS SO ORDERED, this the 22nd day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge